# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee,<br><br>        Plaintiff,<br><br>    v.<br><br>BARRY HALAJIAN and DOES 1 through 10 inclusive,<br><br>        Defendants.<br>_____ | 1:12-cv-00447 LJO GSA<br><br>**ORDER DIRECTING CLERK OF THE COURT TO RETURN UNFILED DOCUMENT TO DEFENDANT BARRY HALAJIAN** |

On March 23, 2012, Defendant Barry Halajian personally deposited with the Clerk of the Court an original document entitled "For This Gold-Certificate Of This Equity-Lis-Pendens-Lien Is With This Document-Claim Of This Equity-Gold-Certificate-Value-Lien." This document is not a recognizable or proper legal filing. As a result, the document is HEREBY ORDERED returned unfiled to Defendant Halajian.

IT IS SO ORDERED.

**Dated:**    **March 29, 2012**         **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE