1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   DEUTSCHE BANK NATIONAL TRUST     )   1:12-cv-00447 LJO GSA
     COMPANY, as trustee,             )
                                      )   **ORDER ADOPTING FINDINGS AND**
12             Plaintiff,             )   **RECOMMENDATIONS IN FULL**
                                      )
13        v.                          )   (Document 2)
                                      )
14   BARRY HALAJIAN and DOES 1 through 10 )
     inclusive,                       )
15                                    )
               Defendants.            )
16   _____ )

17

18        On March 29, 2012, the Magistrate Judge issued Findings and Recommendations

19   recommending that this action be remanded *sua sponte* to the Fresno County Superior Court.

20   The Findings and Recommendations were served on Defendant Barry Halajian and contained

21   notice that any objections were to be filed within fifteen days (15) days.  To date, Defendant has

22   not filed objections.

23        In accordance with the provisions of Title 28 of the United States Code section 636

24   (b)(1)(c), this Court has conducted a de novo review of the case.  Having carefully reviewed the

25   entire file, the Court finds that the Findings and Recommendations are supported by the record

26   and proper analysis.

27

28                                          1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations dated March 29, 2012, are ADOPTED IN

3          FULL;

4    2.    Based on the above, IT IS HEREBY ORDERED that this action be REMANDED

5          *sua sponte* to the Fresno County Superior Court of California, for all further

6          proceedings.  This Order terminates the action in its entirety and the Clerk is

7          directed to close this case.

8

9

10   IT IS SO ORDERED.

11   **Dated:    April 16, 2012**                          **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2