# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BARRY HALAJIAN and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | 1:12-cv-00447 LJO GSA<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>(Document 2) |

　　　On March 29, 2012, the Magistrate Judge issued Findings and Recommendations recommending that this action be remanded *sua sponte* to the Fresno County Superior Court. The Findings and Recommendations were served on Defendant Barry Halajian and contained notice that any objections were to be filed within fifteen days (15) days.  To date, Defendant has not filed objections.

　　　In accordance with the provisions of Title 28 of the United States Code section 636 (b)(1)(c), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated March 29, 2012, are ADOPTED IN FULL;

2. Based on the above, IT IS HEREBY ORDERED that this action be REMANDED *sua sponte* to the Fresno County Superior Court of California, for all further proceedings.  This Order terminates the action in its entirety and the Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    April 16, 2012**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE